# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Stacie Jeffers, | |
| Plaintiff, | Case No. 2:17-CV-0061 |
| v. | Chief Judge Edmund A. Sargus |
| NetJets Services, Inc., | |
| Defendant. | Magistrate Judge Kimberly A. Jolson |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Stacie Jeffers hereby dismisses with prejudice all claims against Defendant NetJets Services, Inc. Plaintiff and Defendant will each bear her or its costs.

So Stipulated and Agreed:

| | |
|---|---|
| *s/ Gregory R. Mansell* (permission via email) | *s/ Leigh Anne Benedic* |
| Gregory R Mansell (0085197) | Leigh Anne Benedic (0082120) |
| Carrie J. Dyer (0090539) | Porter Wright Morris & Arthur LLP |
| Mansell Law LLC | 41 S. High Street, Suite 3100 |
| 1457 S. High Street | Columbus, OH 43215 |
| Columbus, OH 43207 | Phone: (614) 227-1951 |
| Carrie.Dyer@ohio-Employmentlawyer.com | Fax: (614) 227-2100 |
| Greg@manselllawllc.com | lbenedic@porterwright.com |
| | |
| Peter Friedmann (0089293) | Bradley T. Ferrell (0070965) |
| Rachel Sabo (0089226) | Jennifer Beale (0073328) |
| The Friedmann Firm, LLC | NetJets Services, Inc. |
| 1457 South High Street | 4111 Bridgeway Ave. |
| Columbus, OH 43207 | Columbus, OH 43219 |
| Pete@thefriedmannfirm.com | Phone: (614) 239-5590 |
| Rachel@thefriedmannfirm.com | Fax: (614) 239-3632 |
| | bferrell@netjets.com |
| | jbeale@netjets.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant* |